**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, | CASE NO. CV F 10-1110 LJO DLB |
| Plaintiff, | **ORDER TO REMAND AND CLOSE ACTION** |
| vs. | |
| RACHEL PACRAY, | |
| Defendant. | |

Defendant Rachel Pacray wrongfully removed this unlawful detainer action to this Court, which lacks subject matter jurisdiction. Accordingly, this Court:

1. REMANDS this action to Stanislaus County Superior Court; and
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 6, 2010**         /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE